| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) BERNSTEIN, STUART M. | 2. Court or Organization U.S. Bankruptcy Court | 3. Date of Report 05/09/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) <br> ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director | Fordham Law Alumni Association |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Defined Benefit Plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  401K Plan | | | | | | | | | |
| 2.  -- Vanguard Prime Money Market Instl (401k) | B | Dividend | N | T | | | | | |
| 3.  -- T. Rowe Price Personal Strat Balanced (401k) | E | Dividend | N | T | | | | | |
| 4.  JP Morgan Chase Bank Accounts | A | Interest | N | T | | | | | |
| 5.  Citibank Accounts | B | Interest | P1 | T | | | | | |
| 6.  Citibank Account | A | Interest | N | T | | | | | |
| 7.  Citibank Account | A | Interest | M | T | | | | | |
| 8.  Keogh (Target) Plan--Plan I | D | Int./Div. | O | T | Distributed (part) | 12/31/17 | K | | |
| 9.  Phoenix Life Insurance (Whole Life) | B | Dividend | K | T | | | | | |
| 10.  Non-Deductible Contribution Plan III (Capital "C" Account) | | None | | | Distributed | 12/31/17 | M | | |
| 11.  Capital "A" Account | | None | N | T | Distributed (part) | 02/01/17 | M | | |
| 12.  Schwab US Treasury Money Fund (2588) | A | Interest | M | T | | | | | |
| 13.  PIMCO Foreign Bond (Hedged)-D (2588) | B | Dividend | | | Sold (part) | 07/17/17 | M | | |
| 14. | | | | | Sold | 11/03/17 | M | D | |
| 15.  American Century Equity Income Fund (2588) | E | Dividend | N | T | | | | | |
| 16.  Invesco Diversified Dividend - A (2588) | C | Dividend | | | Sold (part) | 07/14/17 | M | D | |
| 17. | | | | | Sold | 08/04/17 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Permanent Portfolio (2588) | D | Dividend | N | T | Buy (add'l) | 01/30/17 | M | | |
| 19. Vanguard Div Appreciation (2588) | B | Dividend | N | T | Buy (add'l) | 07/20/17 | M | | |
| 20. | | | | | Sold (part) | 09/08/17 | M | E | |
| 21. iShares Russell 2000 Index (2588) | B | Dividend | | | Buy (add'l) | 02/28/17 | M | | |
| 22. | | | | | Sold (part) | 03/28/17 | M | | |
| 23. | | | | | Sold | 05/26/17 | M | | |
| 24. Black Rock Floating Rate Income Inv A (2588) | D | Dividend | | | Sold (part) | 05/09/17 | M | C | |
| 25. | | | | | Sold | 06/20/17 | M | B | |
| 26. Lord Abbett Floating Rate Fund C1 A (2588) | C | Dividend | | | Sold | 04/17/17 | M | | |
| 27. Black Rock High Yield Bond (2588) | E | Dividend | N | T | | | | | |
| 28. Jensen Quality Growth (2588) | D | Dividend | N | T | Buy | 06/21/17 | M | | |
| 29. | | | | | Buy (add'l) | 07/17/17 | M | | |
| 30. T. Rowe Price Capital Appreciation (2588) | E | Dividend | N | T | | | | | |
| 31. SPDR S&P 500 Index (2588) | | None | M | T | Buy | 11/17/17 | M | | |
| 32. American Funds EuroPacific Growth-A (2588) | E | Dividend | O | T | Buy | 05/10/17 | M | | |
| 33. | | | | | Buy (add'l) | 05/30/17 | M | | |
| 34. | | | | | Buy (add'l) | 08/07/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Int'l Growth Fund C1 Y (2588) | D | Dividend | M | T | Buy | 09/11/17 | M | | |
| 36. Nuveen High Yield Muni Bond Fund C1 A (2588) | D | Dividend | N | T | Buy | 04/05/17 | M | | |
| 37. | | | | | Buy (add'l) | 04/18/17 | M | | |
| 38. T. Rowe Price Capital Appreciation (5289) | E | Dividend | N | T | Sold (part) | 12/18/17 | M | D | |
| 39. SPDR Sector-Industrials (5289) | B | Dividend | | | Sold (part) | 08/09/17 | M | E | |
| 40. | | | | | Sold | 09/01/17 | M | E | |
| 41. Schwab Government Money Fund (5289) | A | Interest | M | T | | | | | |
| 42. Fidelity Puritan (5289) | D | Dividend | N | T | | | | | |
| 43. SPDR Trust S&P 500 Index (5289) | C | Dividend | N | T | Buy (add'l) | 12/14/17 | M | | |
| 44. American Century Equity Income (5289) | C | Dividend | | | Sold (part) | 07/18/17 | M | D | |
| 45. | | | | | Sold | 11/27/17 | M | D | |
| 46. Rydex Series Trust S&P 500 Fund Class H (5289) | D | Dividend | M | T | Sold (part) | 03/03/17 | M | D | |
| 47. Tortoise MLP & Pipeline Fund (5289) | | None | | | Sold | 03/17/17 | M | D | |
| 48. Guggenheim S&P 500 Pure Value (5289) | A | Dividend | | | Sold | 05/18/17 | M | D | |
| 49. SPDR Select Sector-Consumer Discretionary (5289) | A | Dividend | | | Sold | 07/18/17 | M | D | |
| 50. iShares Core S&P Small-cAP (5289) | A | Dividend | | | Sold (part) | 04/28/17 | K | A | |
| 51. | | | | | Sold | 05/18/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares Russell 2000 Index (5289) | A | Dividend | | | Sold (part) | 03/10/17 | M | D | |
| 53. | | | | | Sold | 06/21/17 | M | B | |
| 54. SPDR Dow Jones Industrial Average ETF (5289) | | None | M | T | Buy | 12/20/17 | M | | |
| 55. iShares Russell 1000 Growth (5289) | A | Dividend | N | T | Buy | 11/21/17 | M | | |
| 56. | | | | | Buy (add'l) | 11/29/17 | M | | |
| 57. Rydex Internet Fund (5289) | | None | M | T | Buy | 05/16/17 | M | | |
| 58. | | | | | Buy (add'l) | 05/31/17 | M | | |
| 59. | | | | | Buy (add'l) | 07/19/17 | M | | |
| 60. | | | | | Sold (part) | 09/06/17 | M | D | |
| 61. | | | | | Sold (part) | 11/30/17 | M | D | |
| 62. VanEck Vectors Semiconductor (5289) | B | Dividend | M | T | Buy | 11/03/17 | M | | |
| 63. | | | | | Buy (add'l) | 11/14/17 | M | | |
| 64. | | | | | Sold (part) | 12/01/17 | M | | |
| 65. Vanguard Financials Index Fund ETF (5289) | B | Dividend | N | T | Buy | 12/04/17 | M | | |
| 66. | | | | | Buy (add'l) | 12/12/17 | M | | |
| 67. iShares DJ US IDX Transportation (5289) | A | Dividend | N | T | Buy | 10/03/17 | M | | |
| 68. | | | | | Buy (add'l) | 10/20/17 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/06/17 | M | | |
| 70. | | | | | Sold (part) | 11/13/17 | M | | |
| 71. John Hancock Funds International Growth (5289) | A | Dividend | N | T | Buy | 05/12/17 | M | | |
| 72. | | | | | Buy (add'l) | 05/22/17 | M | | |
| 73. | | | | | Buy (add'l) | 06/22/17 | M | | |
| 74. Rydex Biotechnology (5289) | | None | | | Buy | 09/08/17 | M | | |
| 75. | | | | | Sold | 11/01/17 | M | | |
| 76. Rydex Financial Services (5289) | | None | | | Buy | 08/02/17 | M | | |
| 77. | | | | | Buy (add'l) | 08/10/17 | M | | |
| 78. | | | | | Sold (part) | 09/07/17 | M | | |
| 79. | | | | | Sold | 10/18/17 | M | C | |
| 80. SPDR Sector Health (5289) | B | Dividend | | | Buy | 03/08/17 | M | | |
| 81. | | | | | Buy (add'l) | 03/15/17 | M | | |
| 82. | | | | | Buy (add'l) | 07/21/17 | M | | |
| 83. | | | | | Sold (part) | 08/01/17 | M | D | |
| 84. | | | | | Sold (part) | 10/11/17 | M | D | |
| 85. | | | | | Sold | 10/16/17 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Gold Trust (5289) | | None | | | Buy | 02/08/17 | M | | |
| 87. | | | | | Sold | 05/10/17 | M | | |
| 88. iShares Nasdaq Biotechnology (5289) | | None | | | Buy | 10/18/17 | M | | |
| 89. | | | | | Sold | 11/01/17 | M | | |
| 90. iShares US Basic Materials (5289) | B | Dividend | | | Buy | 09/07/17 | M | | |
| 91. | | | | | Buy (add'l) | 09/08/17 | M | | |
| 92. | | | | | Sold (part) | 12/08/17 | M | D | |
| 93. | | | | | Sold | 12/12/17 | M | D | |
| 94. American Century Equity Income Fund (IRA-1410) | C | Dividend | K | T | Sold (part) | 06/07/17 | J | | |
| 95. Schwab U.S. Treasury Money Funds (IRA-1410) | A | Interest | J | T | | | | | |
| 96. PIMCO Foreign Bond (Hedged)-D (IRA-1410) | A | Dividend | K | T | | | | | |
| 97. James Balanced Golden Rainbow Fund (IRA-1410) | A | Dividend | | | Sold | 03/28/17 | K | A | |
| 98. Fidelity Puritan (IRA-1410) | B | Dividend | K | T | | | | | |
| 99. MFS Value Fund A (IRA-1410) | B | Dividend | K | T | | | | | |
| 100. Schwab US Small-Cap ETF (IRA-1410) | A | Dividend | | | Buy (add'l) | 02/27/17 | J | | |
| 101. | | | | | Sold (part) | 03/28/17 | J | | |
| 102. | | | | | Sold | 05/26/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Eaton Vance Income Fund of Boston (IRA-1410) | B | Dividend | K | T | | | | | |
| 104. Lord Abbett Floating Rate Fund Cl A (IRA-1410) | A | Dividend | | | Sold | 07/17/17 | J | | |
| 105. Voya Floating Rate Fund Cl A (IRA-1410) | A | Dividend | | | Sold (part) | 06/07/17 | J | A | |
| 106. | | | | | Sold | 10/17/17 | K | | |
| 107. Jensen Quality Growth (IRA-1410) | A | Dividend | K | T | Buy | 06/08/17 | K | | |
| 108. Columbia Balanced-Class A (IRA-1410) | A | Dividend | K | T | Buy | 03/29/17 | J | | |
| 109. | | | | | Buy (add'l) | 07/18/17 | K | | |
| 110. Permanent Portfolio (IRA-1410) | A | Dividend | K | T | Buy | 01/30/17 | K | | |
| 111. American Funds EuroPacific Growth-A (IRA-1410) | B | Dividend | K | T | Buy | 04/05/17 | K | | |
| 112. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 113. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 114. T. Rowe Price Capital Appreciation (IRA-5055) | B | Dividend | K | T | | | | | |
| 115. ICON Industrials Fund Class S (IRA-5055) | | None | | | Sold | 06/01/17 | K | C | |
| 116. Schwab Government Money Fund (IRA-5055) | A | Interest | J | T | | | | | |
| 117. Fidelity Puritan (IRA-5055) | B | Dividend | K | T | | | | | |
| 118. Guggenheim S&P 500 Equal Wgt Technology (IRA-5055) | A | Dividend | K | T | Buy (add'l) | 12/14/17 | K | | |
| 119. American Century Equity Incme (IRA-5055) | B | Dividend | | | Sold (part) | 11/27/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 12/18/17 | K | | |
| 121. Columbia Small Cap Index-Class A (IRA-5055) | A | Dividend | | | Sold | 06/21/17 | J | | |
| 122. Income Fund of America-F (IRA-5055) | A | Dividend | | | Sold (part) | 03/13/17 | K | B | |
| 123. | | | | | Sold | 07/18/17 | K | B | |
| 124. Rydex NASDAQ-100 Fund (IRA-5055) | B | Dividend | K | T | Buy | 05/12/17 | K | | |
| 125. | | | | | Buy (add'l) | 06/02/17 | K | | |
| 126. | | | | | Sold (part) | 07/03/17 | J | | |
| 127. Rydex S&P 500 Pure Value Fund (IRA-5055) | | None | | | Buy (add'l) | 02/13/17 | J | | |
| 128. | | | | | Sold (part) | 03/29/17 | J | | |
| 129. | | | | | Sold | 05/18/17 | K | | |
| 130. ProFunds Consumer Services Ultra Sector (IRA-5055) | | None | | | Sold | 07/18/17 | K | B | |
| 131. Rydex Telecommunications (IRA-5055) | | None | | | Sold | 02/02/17 | K | B | |
| 132. Tortoise MLP & Pipeline Fund (IRA-5055) | | None | | | Sold | 03/17/17 | K | B | |
| 133. Guggenheim Equal Weight-Industrials (IRA-5055) | A | Dividend | | | Sold | 09/06/17 | K | B | |
| 134. iShares Russell 2000 Index (IRA-5055) | A | Dividend | | | Sold (part) | 03/10/17 | J | A | |
| 135. | | | | | Sold | 05/18/17 | K | | |
| 136. SPDR S&P 500 Index (IRA-5055) | | None | K | T | Buy | 12/20/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. iShares Russell 1000 Growth (IRA-5055) | A | Dividend | K | T | Buy | 11/20/17 | K | | |
| 138. | | | | | Buy (add'l) | 11/29/17 | K | | |
| 139. Rydex Electronics (IRA-5055) | A | Dividend | K | T | Buy | 11/02/17 | K | | |
| 140. | | | | | Buy (add'l) | 11/13/17 | K | | |
| 141. | | | | | Sold (part) | 12/01/17 | K | | |
| 142. Rydex Transportation (IRA-5055) | A | Dividend | K | T | Buy | 10/12/17 | K | | |
| 143. | | | | | Buy (add'l) | 10/19/17 | K | | |
| 144. | | | | | Buy (add'l) | 12/05/17 | K | | |
| 145. | | | | | Sold (part) | 11/03/17 | K | | |
| 146. First Trust DJ Internet Index Fund (IRA-5055) | | None | K | T | Buy | 05/19/17 | K | | |
| 147. | | | | | Buy (add'l) | 06/02/17 | K | | |
| 148. | | | | | Buy (add'l) | 07/21/17 | K | | |
| 149. | | | | | Sold (part) | 09/01/17 | K | A | |
| 150. | | | | | Sold (part) | 11/30/17 | K | B | |
| 151. SPDR Sector-Financial (IRA-5055) | A | Dividend | K | T | Buy | 12/04/17 | K | | |
| 152. | | | | | Buy (add'l) | 12/12/17 | K | | |
| 153. John Hancock Funds International Growth (IRA-5055) | A | Dividend | L | T | Buy | 03/30/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 155. | | | | | Buy (add'l) | 06/22/17 | K | | |
| 156.  Rydex Basic Materials (IRA-5055) | A | Dividend | | | Buy | 09/05/17 | K | | |
| 157. | | | | | Buy (add'l) | 09/07/17 | K | | |
| 158. | | | | | Sold (part) | 12/08/17 | K | A | |
| 159. | | | | | Sold (part) | 12/12/17 | K | A | |
| 160. | | | | | Sold | 12/13/17 | J | A | |
| 161.  Guggenheim Equal Weight-Healthcare (IRA-5055) | A | Dividend | | | Buy | 03/08/17 | K | | |
| 162. | | | | | Buy (add'l) | 03/15/17 | K | | |
| 163. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 164. | | | | | Sold (part) | 08/01/17 | K | B | |
| 165. | | | | | Sold (part) | 10/11/17 | K | B | |
| 166. | | | | | Sold | 10/13/17 | K | A | |
| 167.  Rydex Biotechnology (IRA-5055) | | None | | | Buy | 09/08/17 | K | | |
| 168. | | | | | Buy (add'l) | 10/16/17 | K | | |
| 169. | | | | | Sold (part) | 11/01/17 | J | | |
| 170. | | | | | Sold | 11/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Rydex Financial Services (IRA-5055) | | None | | | Buy | 07/05/17 | K | | |
| 172. | | | | | Buy (add'l) | 08/02/17 | K | | |
| 173. | | | | | Sold | 09/07/17 | J | | |
| 174. | | | | | Sold | 10/18/17 | K | A | |
| 175. SPDR Gold Shares (IRA-5055) | | None | | | Buy | 02/07/17 | K | | |
| 176. | | | | | Sold | 05/10/17 | K | | |
| 177. Trust # 1 | | | | | | | | | |
| 178. - JP MorganChase Bank Account | A | Interest | J | T | | | | | |
| 179. -John Hancock Life Insurance Policy | D | Interest | M | U | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERNSTEIN, STUART M. | 05/09/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All information and explanations relate to Part VII:

Lines 8: As a retiree, my spouse receives monthly distributions from the Keogh (Target) Plan. The aggregate amount of the monthly distributions in 2017 is listed in column "D(3)" as having been made on December 31, 2017.

Line 10: As a retiree, my spouse received monthly distributions from her Capital "C." The aggregate amount of the monthly distributions in 2017 is listed in column "D(3)" as having been made on December 31, 2017. The balance in this account is zero, there will be no further withdrawals, and this account will not be listed in future reports.

Line 11: No contributions were made to the Capital "A" account in 2017.

lines 12-176: I maintain two IRA brokerage accounts and my spouse and I maintain two brokerage accounts held as tenants in common with Charles Schwab. The report identifies the security that is the subject of the reported transaction with a parenthetical reference that identifies the last four digits of the account number and whether the account is an IRA account. Where multiple purchases or sales were made during the year, the aggregate amount of the income, if any, and the value of the asset (if held at the end of the reporting period) are reported on the first line on which the asset is listed.

line 179: The John Hancock Life Insurance Policy is a Flexible Premium Survivorship Universal Life ("Second to Die") policy that my spouse and I maintain for the benefit of our son. I am not aware of any investment options and have never directed any investments. In addition, the value listed in column c(2) is the gross value and does not reflect the substantial "surrender charge" in the event that the policy is cancelled.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STUART M. BERNSTEIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544